UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21282-CIV-KING/BANDSTRA

MARIA TERESA DAVILA,

    Plaintiff,

v.

MARIA CLAUDIA MENENDEZ,
RUDOLFO MENENDEZ,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion to Compel Depositions in Aid of Execution of Final Judgment and for Sanctions (D.E. 121) filed on August 16, 2012. Upon review of this motion and finding no response in opposition thereto, it is hereby

ORDERED AND ADJUGED that Plaintiff's Motion to Compel Depositions in Aid of Execution of Final Judgment and for Sanctions is GRANTED solely to the extent that all defendants shall appear at the office of plaintiff's counsel for depositions within fourteen (14) days of the date of this Order or as otherwise agreed by the parties. The Court cautions defendants that failure to comply with this Order may result in the imposition of sanctions.

DONE AND ORDERED in Chambers, at Miami, Florida this 2d day of October 2012.

                                                  Ted E. Bandstra
                                        United States Magistrate Judge

Copies furnished to:
Honorable James Lawrence King
Counsel of record